Si usted prefiere un representante español, llame al **(866) 902-6876**

ONRABI01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

# RAB INC
**regional adjustment bureau**
*A Total Receivable Management Company*

Toll Free
**(800)-829-7750**

Local Residents
**(901) 388-7750**

REGIONAL ADJUSTMENT BUREAU, INC.
PO Box 34111
Memphis TN 38184-0111

TANISHA WHITLEY
PO Box 2161
Riverhead NY 11901-0061

Date: October 5, 2016
RAB #: ▮▮▮▮7353
Balance Due: **$3567.28**

***Detach Upper Portion and Return with Payment***

Client Name:      AMERICAN HONDA FINANCE CORPORATION

RAB #:            ▮▮▮▮7353
Client Account #: XXXXX0762

Last Payment Date: 05/26/16

**WESTERN UNION QUICK COLLECT**
**CHECK BY PHONE**
IS ACCEPTED

Our client has placed your delinquent account with this office for collection. As of the date of this letter, you owe $3,567.28. For further information, write the undersigned or call (800)-829-7750.

The total amount of payments since the account was charged off is $0.00.

Secure online access to your account placed with RAB for collection is now available. Online account access will allow you to **view your balance, see your last payment amount and self-manage resolution of this debt.**

Use the link below to go to the secure login screen where you can enter your personalized username and password. If you have not yet created your username login ID and password, click the New User link located on the login page and enter the information required to create your online account. **Also, be sure to use your private access code provided here when managing your account. Your access code is:** ▮▮▮▮0.464 Your RAB # is: ▮▮▮▮7353

https://www.rabincweb.com/facsweb/weblogind.htm

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

2ONRABI011-238829926

See Reverse Side for Important Information
Regional Adjustment Bureau, Inc. • 7130 Goodlett Farms Parkway, Suite 100 West • PO Box 34111 • Memphis TN 38016
(800)-829-7750 • (901) 388-7750
Office Hours: 8:00 AM – 9:00 PM Monday-Thursday, 8:00 AM – 6:00 PM Friday

New York City Dept of Consumer Affairs Permit No. 0988585.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
    (i) the use or threat of violence;
    (ii) the use of obscene or profane language; and
    (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

Federal and state laws prohibit certain methods of debt collection and require that we- treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop. Sending such a letter does not make the debt go away if you owe it. Once we get the letter, we can't contact you again, except to say there won't be any more contact or to tell you that we plan to take a specific action.

If you have a complaint about the way we are collecting your debt, please write to our CONTACT CENTER, Regional Adjustment Bureau, Inc., 7130 Goodlett Farms Parkway, Suite 100 West, Memphis, TN 38016, email us at complaint@rabinc.com, visit our website at www.rabinc.com/contact.htm or call us toll- free at 866-902-5867 between.9:00 AM and 5:00 PM Central-Time, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act, If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov, by phone at 1-877- FTC-HELP; or by mail at 600 Pennsylvania Ave NW, Washington, DC 20580. If you want information about your rights when you are contacted by a debt collector, please contact the FTC online at www.ftc.gov.